## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

_____

JEFF HULL, *on behalf of himself*          :
*and all those similarly-situated*,        :
                                           :          Civ. Action No. 16-5153(FLW)
          Plaintiff,                       :
                                           :
v.                                         :          **ORDER**
                                           :
GLOBAL DIGITAL SOLUTIONS, INC.,            :
*et al.*,                                  :
                                           :
          Defendants.                      :
_____:

**THIS MATTER** having been opened to the Court by Joshua D. Brinen, Esq., counsel for Defendants Global Digital Solutions, Inc. and William J. Delgado (collectively "GDS Defendants"), and by Bruce Reinhart, Esq., counsel for defendant David A. Loppert, on separate motions to dismiss; it appearing that Lead Plaintiff Michael Perry ("Plaintiff") opposes the motions through his counsel, Laurence M. Rosen, Esq.; the Court having considered the parties' submissions in connection with the motions, pursuant to Fed. R. Civ. P. 78; for the reasons set forth in the Opinion filed on even date, and for good cause shown,

**IT IS** on this 19th day of December, 2017,

**ORDERED** that GDS Defendants' motion to dismiss is **GRANTED**;

**ORDERED** that Loppert's motion to dismiss is **GRANTED**;

**ORDERED** that in lieu of dismissal, Plaintiff shall have leave to amend his Amended Complaint within 30 days from the date of this Order to correct any deficiencies outlined in the accompanying Opinion.

/s/     Freda L. Wolfson
Hon. Freda L. Wolfson
U.S. District Court Judge

1