**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JEFF HULL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br>v.<br><br>GLOBAL DIGITAL SOLUTIONS, INC., RICHARD J. SULLIVAN, DAVID A. LOPPERT, WILLIAM J. DELGADO, ARTHUR F. NOTERMAN, and STEPHANIE C. SULLIVAN,<br><br>Defendants. | No.: 3:16-cv-05153-FLW-TJB<br><br>CLASS ACTION<br><br>Hon. Freda L. Wolfson<br><br>Motion Date: July 18, 2022 |

**NOTICE OF MOTION FOR DISTRIBUTION OF**
**CLASS ACTION SETTLEMENT FUNDS**

PLEASE TAKE NOTICE that counsel for Lead Plaintiff Michael Perry will move this Court, the Honorable Freda L. Wolfson, United States District Chief Judge of the United States District Court for the District of New Jersey, in Courtroom 5E of the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608 for an order granting the Motion for Distribution of Class Action Settlement Funds.

In support of this Motion, Lead Plaintiff submits the accompanying Memorandum of Law and the Declaration of Josephine Bravata Concerning the Results of the Claims Administration Process and exhibits thereto.

Lead Plaintiff respectfully requests that the Court decide the Motion on the papers and enter the [Proposed] Order Granting Motion for Distribution of Class Action Settlement Funds, submitted herewith.

Dated: June 16, 2022

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen, Esq.
One Gateway Center, Suite 2600
Newark, NJ 07102
Tel: (973) 313-1887
Fax: (973) 833-0399
Email: lrosen@rosenlegal.com

and

Gonen Haklay
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Tel: (215) 600-2817
Fax: (212) 202-3827
Email: ghaklay@rosenlegal.com

and

Erica L. Stone
Phillip Kim (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Laurence M. Rosen